IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                     CHAPTER 13 CASE
                                                              NO. 08-32082

MICHAEL B. IRVIN,

    Debtor.

---

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED WITH THE CLERK AND SERVED UPON THE MOVING PARTY. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OR BY US MAIL ADDRESSED TO THE CLERK OF THE BANKRUPTCY COURT, ONE CHURT ST, MONTGOMERY, ALABAMA 36104.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
Application to Employ Professional Persons

---

## APPLICATION FOR EMPLOYMENT OF PROFESSIONAL PERSON FOR A SPECIFIC PURPOSE

COMES NOW, the undersigned counsel, and respectfully submits the instant application for employment of professional persons pursuant to 11 U.S.C. §327 and Rule 2014 of the Bankruptcy Rules of Procedure and in support of said application states as follows:

The debtor(s) desires to retain Tracy W. Cary of the firm of Morris, Cary, Andrews, Talmadge & Driggers, LLC in Dothan, Houston County, Alabama, for the specific purpose of recovering damages arising out of a cause of action filed by the debtor(s) against Small Engines. This cause of action is in the nature of a workers' compensation claim. This attorney was previously retained by the Debtor.

I, Tracy W. Cary, am duly licensed to practice law in the State of Alabama.

I, Tracy W. Cary, was initially employed by the debtor to represent him and am familiar with the facts and legal issues involved in the case.

I, Tracy W. Cary, do not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed. Attached and submitted hereto is an affidavit executed by Tracy W. Cary in support of this application pursuant to 11 U.S.C. §327 and Rule 2014 of <u>The Bankruptcy Rules of Procedure</u>. I, <u>Tracy W. Cary,</u> I am distantly related by marriage to Britt Griggs, employed in the Office of the Bankruptcy Administrator. Otherwise, I have no connections with the debtor, creditors, any parties in interest, the Bankruptcy Administrator, or the Trustee, other than with the representation of the debtor and upon granting of this application, the estate, in the representation of the estate in this action.

The debtor has signed a contract with *Tracy W. Cary* for representation regarding the cause of action. The terms of the contract include <u>contingency fee contract of 15%</u>, plus reimbursement of out-of-pocket expenses. No money has been paid to the attorney prior to the filing of this Application. I understand that I cannot share any compensation with attorneys other than members of my firm unless said professionals are also approved by this Court. I do not have any agreement to share compensation with other attorneys in this matter except: <u>N/A.</u> The attorney understands he/she must make application to the Court for approval of his/her fees and expenses. However, if there is no recovery, Tracy W. Cary acknowledges that the bankruptcy estate of <u>MICHAEL IRVIN</u> shall not be responsible for reimbursement of attorney's fees or for any out-of-pocket expenses.

WHEREFORE, the above premises considered, I move this Honorable Court to authorize the employment of *Tracy W. Cary* to represent the estate in the cause of action filed by the Debtor.

Upon settlement or completion of the cause of action, Tracy W. Cary will apply to the Court for approval of fees and expenses pursuant to 11 U.S.C. §326, 327, 328 and Rules 2014 and 2016 of The Bankruptcy Rules of Procedure.

Respectfully submitted this 1st day of March, 2010.

> MORRIS, CARY, ANDREWS,
> TALMADGE & DRIGGERS, LLC
>
> _/s/ Tracy W. Cary_
> Tracy W. Cary (CAR098)
> 3334 Ross Clark Circle
> Dothan, Alabama 36303
> (334) 702-0000 Tel
> (334) 673-0077 Fax
> TCary@MorrisCaryAndrews.com

CERTIFICATE OF SERVICE

    I, Tracy W. Cary, certify that I have served a copy of the foregoing APPLICATION TO EMPLOY PROFESSIONAL PERSON on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 1st day of March, 2010:

Mr. Michael Irvin
12879 Highway 51
Opelika, Alabama 36809

Mrs. Vonda McLeod, Esq.
Shinbaum, McLeod & Campbell
P.O. Box 201
Montgomery, Alabama 36101
Debtor's Attorney

Curtis C. Reding
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery AL 36104

                                                  Tracy W. Cary